IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD SATERSTAD and MARY SATERSTAD** : | **Civil No. 1:20-CV-00765** |
| **Plaintiffs,** : | |
| v. : | |
| **DERRY TOWNSHIP,** : | |
| **Defendant.** : | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Defendant Derry Township's motion to dismiss for failure to state a claim is **GRANTED** only with respect to the following claims, which are **DISMISSED WITHOUT PREJUDICE:**

    a. Counts I, III, and IV (Section 1983)

    b. Count II (common law malicious prosecution) as asserted by Plaintiff Mary Saterstad;

    c. Count V (civil conspiracy);

    d. Count VI (punitive damages) as alleged by Mrs. Saterstad and to the extent it seeks to recover punitive damages under Section 1983;

    e. Count VI (intentional infliction of emotional distress);

(2) Defendant's motion is **DENIED** with respect to Count II (malicious prosecution) as asserted by Plaintiff Edward Saterstad and Count VI (punitive damages) as asserted by Mr. Saterstad;

(3) The Saterstads may file an amended complaint within 21 days from the date of this order if they reasonably believe they can cure the deficiencies outlined by the court.

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: January 20, 2021