IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD SATERSTAD,** | : | Civil No. 1:20-cv-0765 |
| Plaintiff, | : | |
| v. | : | |
| **DERRY TOWNSHIP, DENNIS ECKENRODE, and CHUCK WITMER,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

### O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 50) is **ADOPTED** in part;

2) Defendants Derry Township and Dennis Eckenrode's motion to dismiss (Doc. 47) is **GRANTED**;

3) The third amended complaint is **DISMISSED** without prejudice to Plaintiff pursuing his state claims in the appropriate state court; and

4) The Clerk of Court is **DIRECTED** to close this case.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated: December 7, 2021